# Court of Appeals
# of the State of Georgia

ATLANTA,  February 19, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0251. KEITH HENDERSON v. NAZIFA KRISTINA SHARIFI.**

On February 4, 2025, the Henry County magistrate court entered a default judgment against Keith Henderson and a writ of possession. Henderson filed this application for discretionary appeal on February 7, 2025. We lack jurisdiction.

Pursuant to OCGA § 15-10-41 (b) (2), the only means of seeking review of a default judgment in magistrate court is via a petition for review to state or superior court. This Court may only address those magistrate court's rulings that have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b). Accordingly, this application is hereby TRANSFERRED to the Superior Court of Henry County.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/19/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*